YOUNGBIRD ET AL., APPELLANTS, *v.* WHIRLPOOL CORPORATION, APPELLEE, ET AL.

[Cite as *Youngbird v. Whirlpool Corp.* (1995), 72 Ohio St.3d 1213.]

(No. 94–612—Submitted April 19, 1995—Decided June 7, 1995.)

---

*Williams, Jilek, Lafferty & Gallagher Co., L.P.A.,* and *Drew R. Masse,* for appellants.

*Robert M. Anspach Associates, Robert M. Anspach* and *J. Roy Nunn,* for appellee.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.